IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF IOWA

CEDAR RAPIDS DIVISION

| | |
|---|---|
| JESUS PEREZ, as an individual, on behalf of himself, all other similarly situated, and the general public,<br><br>Plaintiff,<br><br>v.<br><br>CRST INTERNATIONAL, INC., an Iowa corporation, CRST EXPEDITED, INC., an Iowa corporation, and DOES 1-100, inclusive,<br><br>Defendants. | No. 1:18-cv-00023-CJW-KEM<br><br><br><br>**JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

Plaintiff, Jesus Perez, and Defendants, CRST International, Inc. and CRST Expedited, Inc. hereby submit this Joint Motion for Approval of Settlement and Memorandum in support thereof. The parties respectfully request this Court approve the terms of the parties' settlement agreement, finding them fair and reasonable; dismiss Plaintiff's individual claims with prejudice, and dismiss Plaintiff's class claims without prejudice.

Dated: March 22, 2019                    Respectfully submitted,

/s/ *Charles Andrewscavage*
Charles Andrewscavage
Scopelitis, Garvin, Light, Hanson
& Feary, P.C.
30 West Monroe Street, Suite 600
Chicago, IL 60603
T: (312) 255-7200
F: (312) 422-1224
candrewscavage@scopelitis.com

James H. Hanson
R. Jay Taylor, Jr.
Scopelitis, Garvin, Light, Hanson
& Feary, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
T: (317) 637-1777
F: (317) 687-2414
jhanson@scopelitis.com
jtaylor@scopelitis.com

Attorneys for Defendants,
CRST International, Inc. and
CRST Expedited, Inc.


/s/ *Michael S. Morrison*
(with permission)
Michael S. Morrison
Alexander Krakow + Glick LLP
401 Wilshire Blvd., Suite 1000
Santa Monica, CA 90401
T: (310) 394-0888
F: (310) 394-0811
mmorrison@akgllp.com

Attorney for Plaintiff,
Jesus Perez

**CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                    */s/Charles Andrewscavage*

4851-5493-3389, v. 1